

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00500-CV

**IN THE INTEREST OF W.L.H.**, a minor child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI16531
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's brief was due on February 6, 2023. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, on or before **March 7, 2023**, his appellant's brief and a written response reasonably explaining: (1) his failure to timely file the brief; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

It is so **ORDERED** on February 15, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT